Anthony John Todt, DC# A81496
Santa Rosa Correctional Institution Annex
5850 East Milton Road
Milton, Florida 32583

**Middle D:**
**George C**
401 W Ce
Orlando,

\*\*\*LEGAL MAIL\*\*\*

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



US POSTAGE ᴾᴹ PITNEY BO[WES]
ZIP 32583 $ 002.5
02 4W
0000368416 JUL 19 2[0]

strict of Florida Orlando Division
 Young U.S. Courthouse Annex
tral, Ste 2100
L 32801-0120



